## Konyk *v.* Benko et al., Appellants.

Argued November 14, 1973. *Kenneth S. Robb,* with him *Raymond H. Conaway,* and *Meyer, Darragh, Buckler, Bebenek and Eck,* for appellants; *Daniel Myshin,* with him *Anto, Myshin and Martin,* for appellee.

Order affirmed.

SPAULDING, J., absent.

## Lucas *v.* Weiss, Appellant et al.
## Wissel *v.* Weiss, Appellant.

Argued November 12, 1973. *Lee A. Montgomery,* with him *Galbreath, Braham, Gregg, Kirkpatrick, Jaffe and Montgomery,* for appellant; *Raymond H. Conaway,* with him *Meyer, Darragh, Buckler, Bebenek and Eck,* and *Lee C. McCandless,* with him *McCandless, Chew and Krizner,* for appellee.

Judgments affirmed.

SPAULDING, J., absent.